IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ANGELIQUE FIGUEROA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | Civil Action No.1:23-cv-00475 |
| **FREEDOM MORTGAGE** § | |
| **CORPORATION** § | |
| § | |
| § | |
| **Defendant.** § | |

## NOTICE OF REMOVAL

Defendant Freedom Mortgage Corporation ("Freedom" or "Defendant") files this its Notice of Removal pursuant to 28 U.S.C. sections 1332, 1441, and 1446. In support of this Notice, Defendant states as follows:

## SUMMARY

1. Angelique Figueroa ("Plaintiff") filed this action on March 30, 2023, in the 345th District Court of Travis County, Texas, as cause number D-1-GN-23-001681 in the matter styled *Angelique Figueroa v. Freedom Mortgage Corporation* (the "State Court Action"). Pursuant to sections 1441 and 1446 of Title 28 of the United States Code, defendant Freedom removes this case to the United States District Court for the Western District of Texas, Austin Division, the Judicial District and Division in which this action is pending.

2. The allegations in *Plaintiff's First Amended Petition, Application for Temporary Restraining Order, Temporary Injunction, Permanent Injunction, and Request for Disclosures* ("Petition") relate to the servicing of a loan agreement and title to the real property commonly known as 8005 Castle Peak Trl, Austin, TX 78726 ("Property"). (*See* Petition at ¶ 9.) In her

Petition, Plaintiff alleges that Freedom breached the contract, (*Id.* at ¶¶ 19-20.) violated the Texas Property Code, (*Id.* at ¶¶ 21-23.), violated the Texas Debt Collection Act. (*Id.* at ¶¶ 24-30.), and intentionally inflicted emotional distress upon Plaintiff (*Id.* at ¶ 32.). Based on these allegations, Plaintiff seeks a declaratory judgment, (*Id.* at ¶¶ 15-18 and Prayer.) unspecified actual damages (*Id.* at ¶¶ 31 and Prayer.), unspecified exemplary damages (*Id.* at ¶¶ 33 and Prayer.), injunctive relief preventing foreclosure (*Id.* at ¶¶ 40-52 and Prayer.), attorney's fees (*Id.* at ¶¶ 34-35 and Prayer.), and costs. (*Id*. at Prayer.)

3.  A copy of the Docket Sheet from the State Court Action is attached as Exhibit A. Copies of all pleadings filed in the State Court Action are attached as Exhibit B.

4.  This Notice of Removal is timely under the provisions of 28 U.S.C. Section 1446(b) because this notice is being filed prior to completion of service or within thirty (30) days of service. 28 U.S.C. § 1446(b)(2).

## BASIS FOR REMOVAL: DIVERSITY JURISDICTION

5.  Removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. Sections 1332, 1441(a) and (b) because the properly joined parties are diverse and the amount in controversy is well in excess of $75,000.00 exclusive of interest and costs.

### A. There is complete diversity between Plaintiff and Freedom.

6.  Plaintiff is a citizen of Texas. (*See* Petition.)

7.  Defendant Freedom is a New Jersey corporation with its principal place of business in New Jersey.  As such, Defendant is a citizen of New Jersey for purposes of diversity jurisdiction.  See 28 U.S.C. § 1332(c)(1).

### B. The amount in controversy exceeds $75,000.00.

8.  The amount in controversy exceeds the sum or value of $75,000.00. Plaintiff

seeks injunctive relief preventing foreclosure, unspecified damages, attorney's fees, and costs. (*Id.* at Prayer.)

9.  In the Fifth Circuit, when declaratory or injunctive relief is sought, the amount in controversy is measured by the value of the object of the litigation, and the value of that right is measured by the losses that will follow. *Webb v. Investacorp, Inc.*, 89 F.3d 252, 256 (5th Cir.1996). Stated differently, "the amount in controversy, in an action for declaratory and injunctive relief, is the value of the right to be protected or the extent of the injury to be prevented." *Leininger v. Leininger*, 705 F.2d 727, 729 (5th Cir.1983); *see also Lamarr v. Chase Home Finance, LLC*, 2008 WL 4057301 (N.D. Miss. 2008) (finding amount in controversy requirement was satisfied where plaintiff sought to set aside foreclosure sale and home appraised for $83,000.00, plus unspecified amount of monetary damages); *Bank of America National Trust and Sav. Assoc. v. Reeves*, 1995 WL 96617, *1 (E.D. La. 1995) (court held that the amount in controversy was met in action seeking to enjoin foreclosure on property because the suit "puts at issue the entire value of the property on which they attempt to enjoin defendants from foreclosing.").

10. As set forth above, Plaintiff seeks injunctive relief preventing foreclosure on the Property. (*See* Petition at Prayer.) In doing so, Plaintiff has put at issue the entire value of the Property. The Travis County Appraisal District values the property at $555,691.00. (Exhibits C and C-1) If Plaintiff is granted the injunctive relief requested, Freedom will lose the ability to enforce its lien interest in the Property. Accordingly, the relief Plaintiff seeks places at issue the value of the Property, which is well in excess of $75,000.00.

11. Defendant denies that Plaintiff is entitled to any relief, but there can be no question that Plaintiff's Petition, which seeks injunctive relief that will strip Defendant of an

ability to foreclose on the Property as well as damages, costs, and attorney's fees, puts in excess of $75,000.00 in controversy.

## VENUE

12. Venue for removal is proper in this District and Division under 28 U.S.C. Section 1441(a) because this district and division embrace the 345th District Court of Travis County, Texas, the forum in which the removed action was pending.

## NOTICE

13. Concurrently with the filing of this Notice, Defendant will file a copy of this Notice of Removal with the Clerk of the 345th District Court of Travis County, Texas.

Respectfully submitted,

*/s/ Bradley Conway*
**Bradley Conway**
Texas Bar No. 24055340
bconway@mgs-legal.com
**Dustin George**
Texas Bar No. 24065287
dgeorge@mgs-legal.com
**MILLER, GEORGE & SUGGS, PLLC**
5601 Democracy Drive, Suite 265
Plano, Texas 75024
Phone: (972) 532-0128
Fax: (214) 291-5507
*Attorney for Defendant Freedom Mortgage Corporation*

## **LIST OF ALL KNOWN COUNSEL OF RECORD**

For Plaintiff Angelique Figueroa:

Robert C. Newark, III
Texas Bar No. 24040097
A NEWARK FIRM
1341 W. Mockingbird Lane, Ste 600W
Dallas, TX 75247
Phone: (866) 230-7236
Fax: (888) 316-3398

For Defendant Freedom Mortgage Corporation:

Bradley Conway
Texas Bar No. 24055340
Dustin George
Texas Bar No. 24065287
MILLER, GEORGE & SUGGS, PLLC
5601 Democracy Drive, Suite 265
Plano, Texas 75024
Phone: (972) 532-0128
Fax: (214) 291-5507

## INDEX OF DOCUMENTS ATTACHED

Exhibit A — Copy of the Docket Sheet for Cause No. D-1-GN-23-001681, in the 345th District Court of Travis County, Texas;

Exhibit B — Pleadings in Cause No. Cause No. D-1-GN-23-001681, in the 345th District Court of Travis County, Texas;

- B-1  Plaintiff's Original Petition;
- B-2  Plaintiff's First Amended Petition; and
- B-3  Temporary Restraining Order.

Exhibit C — Declaration of Bradley Conway

- C-1  Copy of the Travis County CAD Property Search Results for the property located at 8005 Castle Peak Trl, Austin, TX 78726.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April 2023 a true and correct copy of the foregoing was served via regular U.S. mail and email on the following parties and counsel:

*VIA E-SERVICE:*

Robert C. Newark, III
1341 W. Mockingbird Lane, Ste 600W
Dallas, TX 75247
robert@newarkfirm.com
*Attorney for Plaintiff*

                                          */s/ Bradley Conway*
                                          **BRADLEY CONWAY**